COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| NATHANIEL HOUSTON, | § | No. 08-15-00313-CR |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| V. | § | 292nd District Court |
| | § | |
| | | of Dallas County, Texas |
| THE STATE OF TEXAS, | § | |
| | | (TC# F11-26764-V) |
| | § | |
| Appellee. | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment.  We therefore affirm the judgment of the court below.  This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF OCTOBER, 2016.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.